Jill Gerdrum, WSB #8-6771
Kelsie Nolan, WSB #8-7200
HALL & EVANS, LLC
Millennium Building
125 Bank Street, Suite 403
Missoula, Montana 59802
Telephone: (406) 532-2635
Fax No: (406) 519-2035
gerdrumj@hallevans.com
nolank@hallevans.com
*Attorneys for Defendant*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF WYOMING**

| | |
|---|---|
| DOLORES BUSTOS,<br><br>Plaintiff,<br><br>-vs-<br><br>NISSAN NORTH AMERICA, INC., a foreign corporation,<br><br>Defendant. | Cause No. ___________________<br><br>**NOTICE OF REMOVAL** |

Defendant, by and through counsel of record, and pursuant to 28 U.S.C. §§ 1332, 1441, and 1446 respectfully petitions and shows this Court the following:

1. This action is one over which this Court has original jurisdiction under the provision of Title 28, United States Code, Section 1332 and is one which may be removed by the Defendant pursuant to the provision of Title 28, United States Code, Section 1441. This Court has jurisdiction because this is a civil action in which the matter in controversy exceeds the sum or value of Seventy-Five Thousand and no/100 Dollars ($75,000.00), exclusive of interest and costs, and is between citizens of different states.

2. On or about September 18, 2026, an action was commenced against the Defendant, in the Second Judicial District of the State of Wyoming, Carbon County, entitled: *Dolores Bustos v. Nissan North America, Inc.,* as Case No. 2026-CV-0000101 before said Court. *See* attached Complaint (Ex. A).

3. Service of process was made upon the Defendant on September 22, 2026. See attached Notice of Service of Process (Ex. B) and Summons (Ex. C)

4. The Defendant believes, to its best knowledge, information, and belief, that the Plaintiff is a citizen and resident of the State of Wyoming.

5. Defendant is a foreign corporation organized under the laws of the State of Delaware, with its principal place of business in the State of Tennessee and authorized to do business in the State of Wyoming.

6. For purposes of federal diversity jurisdiction, the parties are completely diverse. 28 U.S.C. § 1441(b).

7. The Defendant files this Notice of Removal within 30 days of having been served with the Complaint for Damages. Accordingly, this Notice of Removal is timely under 28 U.S.C. §§ 1441 and 1446(b).

8. Plaintiff's Complaint alleges personal injury claims as a result of unintended side curtain deployment. Those claims are (1) strict products liability- manufacturing defect; (2) strict products liability-design defect; (3) strict products liability-failure to warn; (4) negligence; (5) negligent failure to warn; (6) breach of implied warranty of merchantability; (7) breach of implied warranty of fitness for a particular purpose; and (8) punitive damages.

//

//

9. Plaintiff seeks damages, "including, but not limited to, medical expenses, pain, suffering, inconvenience, emotional distress, loss of enjoyment of life, and other non-economic damages. See Ex. A.

10. The amount in controversy exceeds $75,000. Pursuant to 28 U.S.C. § 1332, this Court has original jurisdiction over this action.

11. A copy of this Notice of Removal will be filed with the State Action and served upon Plaintiff's counsel pursuant to 28 U.S.C. § 1446(d).

12. Pursuant to 28 U.S.C. § 1446(a), copies of the following process, pleadings, and orders that were served upon Defendant or filed in the State Action are attached as follows:

| | |
|---|---|
| **Exhibit A** | Complaint for Damages |
| **Exhibit B** | Notice of Service of Process |
| **Exhibit C** | Summons |

13. Defendant states that no hearings are pending, nor has any trial been set in the State Action.

14. Pursuant to Fed.R.Civ.P. 81(c), Defendant will present its defenses by pleading at the time prescribed herein, and specifically reserves their rights to assert all defenses, including those defenses under Fed.R.Civ.P. 12(b).

15. Defendant has complied with all of the requirements of 28 U.S.C. §§ §§ 1332, 1441, and 1446.

//

//

//

//

WHEREFORE, prays that this Court accept this Notice of Removal and enter such other orders and dispositive determinations as may be appropriate.

DATED this 13th day of October, 2026.

By: /s/ Jill Gerdrum

Jill Gerdrum (WSB #8-6771)
Kelsie Nolan (WWB #8-7200)
HALL & EVANS, LLC
Millennium Building
125 Bank Street, Suite 403
Missoula, Montana 59802
Telephone: (406) 532-2635
Fax No: (406) 519-2035
gerdrumj@hallevans.com
nolank@hallevans.com
*Attorneys for Defendant*