CSC

# Notice of Service of Process

**Transmittal Number: 35116380**
**Date Processed: 09/23/2026**

| | |
|---|---|
| **Primary Contact:** | Sherry Robinson<br>Nissan North America, Inc.<br>One Nissan Way<br>Franklin, TN 37067-6367 |
| **Electronic copy provided to:** | Tyler Sims<br>Steve Sullivan<br>Catherine Reidy<br>Stephanie Brock<br>Stephanie Harrington<br>General Consilio<br>Samaritan Potter<br>Jonathan Sharpley<br>Courtney Smith |

| | |
|---|---|
| **Document(s) Type:** | Summons/Complaint |
| **Matter Name/ID:** | Dolores Bustos vs. Nissan North America, Inc. (19978514) |
| **Case Number:** | 2026-CV-0000101 |
| **Court/Agency:** | Carbon County District Court, WY |
| **Entity:** | Nissan North America, Inc.<br>Entity ID 4255884 |
| **Entity Served:** | Nissan North America, Inc. |
| **Nature of Case:** | Breach of Warranty |
| **Answer or Appearance Due:** | 20 Days |
| **Service Details:** | Served on CSC in Wyoming on 09/22/2026 by Personal Service |
| **Sender Information:** | Burg Simpson Eldredge Hersh & Jardine, P.C.<br>307-527-7891 |

**All service of process must be acknowledged through CSC's platform to confirm receipt.**
251 Little Falls Drive, Wilmington, Delaware 19808-1674 (888) 690-2882 | sop@cscglobal.com

**Document ID: 49324200**