**FILED**
2026-CV-0000101
09/18/2026
Mara M Sangel
Clerk of District Court
Filed by: Brianna Gonzalez

**STATE OF WYOMING ) )SS. COUNTY OF CARBON )**

**IN THE DISTRICT COURT**

**SECOND JUDICIAL DISTRICT**

DOLORES BUSTOS,

Plaintiff,

v.

NISSAN NORTH AMERICA, INC., a foreign corporation,

Defendant.

Civil Action No. 2026-CV-0000101

To the above-named Defendant:

**Nissan North America, Inc.**
**c/o Corporation Service Company**
**1821 Logan Avenue**
**Cheyenne, WY 82001**

YOU ARE HEREBY SUMMONED and required to file with the Clerk and serve upon the Plaintiffs' attorney an Answer to the Complaint filed herein, which is herewith served upon you, within 20 days after service of this Summons upon you, exclusive of the day of service. (If service upon you is made outside of the State of Wyoming, you are required to file and serve your answer to the Complaint within 30 days after service of this Summons upon you, exclusive of the day of service). If you fail to do so, judgment by default will be taken against you for the relief demanded in the Complaint.

Dated: ____________________________

(Seal of District Court)

District Court of the State of Wyoming
2nd Judicial District
SEAL
Carbon County

**ISSUED/SIGNED**
2026-CV-0000101
09/18/2026
Mara M Sangel
Clerk of District Court
Issued/Signed By: Brianna Gonzalez

____________________________
Clerk of District Court
By ____________________________
Deputy

Colin M. Simpson, WSB #5-2312
David M. Hill, WSB #6306
BURG SIMPSON ELDREDGE HERSH & JARDINE, P.C.
1135 14th Street
Cody, Wyoming 82414
(307) 527-7891
*Attorneys for Plaintiff*